UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:23-cv-03076-CNS-STV

ALEX FONTENOT, Individually and on Behalf of All Those Similarly Situated,

    Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION;
SOUTHEASTERN CONFERENCE;
PAC-12 CONFERENCE;
THE BIG TEN CONFERENCE, INC.;
THE BIG TWELVE CONFERENCE, INC.; and
ATLANTIC COAST CONFERENCE,

    Defendants.

## NOTICE OF RELATED CASES

Pursuant to Local Civil Rule 3.2, Defendant Southeastern Conference hereby identifies the following cases as having related facts and claims and at least one party in common with the above-captioned matter:

1. United States District Court for the Northern District of California. *In Re College Athlete NIL Litigation*. Case No. 4:20-cv-03919-CW.

2. United States District Court for the Northern District of California. *Chuba Hubbard, et al. v. National Collegiate Athletic Association, et al*. Case No. 4:23-CV-01593.

3. United States District Court for the Northern District of Illinois. *Matthew Bewley and Ryan Bewley v. The National Collegiate Athletic Association*. Case No. 1:23-cv-15570.

4. United States District Court for the Northern District of California. *Dewayne Carter, et al. v. National Collegiate Athletic Association, et al*. Case No. 4:23-cv-6325.

Dated: December 15, 2023.                           Respectfully submitted,

*s/ Kathryn A. Reilly*
Michael L. O'Donnell
Kathryn A. Reilly
Michael T. Williams
Michael R. Krantz
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   odonnell@wtotrial.com
            reilly@wtotrial.com
            williams@wtotrial.com
            krantz@wtotrial.com

Robert W. Fuller
Robinson, Bradshaw & Hinson, P.A.
101 North Tyron Street, Suite 1900
Charlotte, NC 28246
Telephone:     704.377.2536
Facsimile:      704.378.4000
Email: rfuller@robinsonbradshaw.com

Attorneys for Defendant
SOUTHEASTERN CONFERENCE

## CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on December 15, 2023, I electronically filed the foregoing **NOTICE OF RELATED CASES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Claudia L. Jones*