UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:23-cv-03076-CNS-STV

ALEX FONTENOT and
MYA HOLLINGSHED, Individually and on Behalf of All Those
Similarly Situated,

        Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION;
SOUTHEASTERN CONFERENCE;
PAC-12 CONFERENCE;
THE BIG TEN CONFERENCE, INC.;
THE BIG TWELVE CONFERENCE, INC.; and
ATLANTIC COAST CONFERENCE,

        Defendants.

**DEFENDANTS' NOTICE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S SETTING OF HEARING ON MOTION TO TRANSFER ACTIONS UNDER 28 U.S.C. § 1407**

Defendants National Collegiate Athletic Association ("NCAA"), Southeastern Conference ("SEC"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), and Atlantic Coast Conference ("ACC") respectfully submit this notice in support of Defendants' Motion to Stay Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation. ECF No. 71.

On Wednesday, February 14, 2024, Plaintiffs in *Carter et al. v. Nat'l Collegiate Athletic Ass'n et al.*, No. 3:23-cv-06325-RS (N.D. Cal.), filed their Reply in support of their motion to transfer proceedings to the United States Judicial Panel on Multidistrict

Litigation ("JPML"). *See* Reply Brief In Support Of Plaintiffs' Motion For Transfer, *In re Coll. Athlete Compensation Antitrust Litig.*, MDL No. 3105, (J.P.M.L. Feb. 14, 2024), ECF No. 36. Additionally, on February 13, 2024, plaintiffs in *Matthew Bewley and Ryan Bewley v. National Collegiate Athletics Association*, No. 1:23-cv-15570 (D. Ill.) filed a tag along notice with the JPML. *See* Notice of Related Action and Rule 6.2(D) Potential Tag Along, *In re Coll. Athlete Compensation Antitrust Litig.*, MDL No. 3105, (J.P.M.L. Feb. 13, 2024), ECF No. 34. The JPML subsequently closed briefing on this matter. *See* Minute Order Closing Briefing, *In re Coll. Athlete Compensation Antitrust Litig.*, MDL No. 3105, (J.P.M.L. Feb. 15, 2024), ECF No. 37. On Friday, February 16, 2024, the JPML issued an order setting a March 28, 2024, hearing for argument on the Motion of the *Carter* Plaintiffs for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, *In re Coll. Athlete Compensation Antitrust Litig.*, MDL No. 3105, (J.P.M.L. Jan. 16, 2024), ECF No. 2. *See* Notice of Hearing Session, *In re Coll. Athlete Compensation Antitrust Litig.*, MDL No. 3105, (J.P.M.L. Feb. 16, 2024), ECF No. 38. The rapid progression of motion practice before the JPML and the JPML's order on Friday confirm Defendants' understanding that the Motion for Transfer will be resolved promptly and support Defendants' request to stay this proceeding pending that decision.

Dated: February 19, 2024.   Respectfully submitted,

/s/ Kathryn A. Reilly
Michael L. O'Donnell
Kathryn A. Reilly
Michael T. Williams
Michael R. Krantz
**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
Email: odonnell@wtotrial.com
reilly@wtotrial.com
williams@wtotrial.com
krantz@wtotrial.com

Robert W. Fuller, III
Lawrence C. Moore, III
Amanda P. Nitto
Travis S. Hinman
Patrick H. Hill
**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tyron Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
Email: rfuller@robinsonbradshaw.com
lmoore@robinsonbradshaw.com
anitto@robinsonbradshaw.com
thinman@robinsonbradshaw.com
phill@robinsonbradshaw.com

*Attorneys for Defendant
Southeastern Conference*

/s/ Rakesh N. Kilaru
Rakesh N. Kilaru
Calanthe Arat
Tamarra Matthews Johnson
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
Email: rkilaru@wilkinsonstekloff.com
carat@wilkinsonstekloff.com
tmatthewsjohnson@wilkinsonstekloff.com

*Attorneys for Defendant National Collegiate Athletic Association*


/s/ Whitty Somvichian
Whitty Somvichian
Kathleen R. Hartnett
Ashley Kemper Corkery
Gregory John Merchant
Mark Frederick Lambert
Rebecca Lynne Tarneja
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com
khartnett@cooley.com
acorkery@cooley.com
gmerchant@cooley.com
mlambert@cooley.com
rtarneja@cooley.com

*Attorneys for Defendant Pac-12 Conference*

/s/ Daniel T. Fenske
Britt M. Miller
Daniel T. Fenske
**MAYER BROWN, LLP**
71 South Wacker Dr
Chicago, IL 60606-4637
Telephone:  (312) 782-0600
Email:  bmiller@mayerbrown.com
         dfenske@mayerbrown.com

Richard B. Benenson
Julian R. Ellis, Jr.
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
675 15th St., Suite 2900
Denver, CO 80202
Telephone: (303) 223-1100
Email:  rbenenson@bhfs.com
         jellis@bhfs.com

*Attorneys for Defendant The Big Ten Conference, Inc.*

5

*/s/ Natali Wyson*
Angela C. Zambrano
Natali Wyson
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone:  (214) 969-3529
Facsimile:  (214) 969-3558
Email:  angela.zambrano@sidley.com
             nwyson@sidley.com

Douglas B. Tumminello
Abby Caroline Harder
**LEWIS ROCA ROTHERGERBER CHRISTIE LLP**
1601 19th Street, Suite 1000
Denver, CO 80202
Telephone:  (303) 628-9575
Facsimile:  (303) 623-9222
Email:  dtumminello@lewisroca.com
             aharder@lewisroca.com

*Attorneys for Defendant*
*The Big 12 Conference, Inc.*

6

/s/ Christopher S. Yates
Christopher S. Yates
Aaron T. Chiu
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email: chris.yates@lw.com
           aaron.chiu@lw.com

Anna M. Rathbun
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:  (202) 637-1061
Facsimile:  (202) 637-2201
Email: anna.rathbun@lw.com

Cliff Stricklin
Jared Michael Lax
**KING & SPALDING LLP**
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone:  (720) 535-2327
Email: cstricklin@kslaw.com
           jlax@kslaw.com

*Attorneys for Defendant*
*The Atlantic Coast Conference*

7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2024, I electronically filed the foregoing DEFENDANTS' NOTICE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S SETTING OF HEARING ON MOTION TO TRANSFER ACTIONS UNDER 28 U.S.C. § 1407 with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Kathryn A. Reilly*