# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| ALEX FONTENOT and MYA HOLLINGSHED, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; SOUTHEASTERN CONFERENCE; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; and ATLANTIC COAST CONFERENCE;<br><br>Defendants. | CASE NO. 1:23-CV-03076-CNS-STV<br><br>**Plaintiffs' Response to Defendants' Notice of the Judicial Panel on Multidistrict Litigation's Setting of Hearing on Motion to Transfer Actions (ECF No. 82)** |

In their supplemental notice, Defendants argue that the setting of an end-of-March argument date for JPML proceedings supports their motion for a stay. ECF No. 82 at 2. It does not.

While Defendants claim (at 2) that a "rapid progression" of JPML motion practice took place, it was actually an ordinary pace set under the Panel's standard rules for briefing. And even assuming that the JPML issues an order expeditiously by early April, that means 45 more days will pass (and perhaps more) without any progress being made in this case.

In their reply to this motion, Defendants for the first time stated that they plan to move to transfer in the event that the JPML does not consolidate the proceedings. ECF No. 81 at 8-10. If they intend to do so, they should file that motion now so that it can be fully briefed by the time the Panel issues a ruling. This case was the first fair pay case on file for college athletes, and it belongs here. Three months have already passed since Plaintiffs filed this action, and it is time to start moving the case forward.

DATED: Feb. 20, 2024

By: /s/ *Garrett R. Broshuis*
STEPHEN M. TILLERY *(*admission forthcoming*)*
stillery@koreintillery.com
GARRETT R. BROSHUIS
gbroshuis@koreintillery.com
CAROL O'KEEFE
cokeefe@koreintillery.com
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

GEORGE A. ZELCS
gzelcs@koreintillery.com
MARC A. WALLENSTEIN
mwallenstein@koreintillery.com
**KOREIN TILLERY, LLC**
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

CHRISTOPHER M. BURKE *(admission forthcoming)*
cburke@koreintillery.com
**KOREIN TILLERY, LLC**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: (619) 625-5620


SEAN GRIMSLEY
sgrimsley@olsongrimsley.com
ERIC OLSON
eolson@olsongrimsley.com
JASON MURRAY
jmurray@olsongrimsley.com
ABIGAIL HINCHCLIFF
ahinchcliff@olsongrimsley.com
**OLSON GRIMSLEY KAWANABE HINCHCLIFF & MURRAY LLC**
700 17th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 535-9151

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 20th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

                                        /s/ *Garrett R. Broshuis*
                                        Garrett R. Broshuis