IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:23-cv-03076-CNS-STV

ALEX FONTENOT, Individually and on
Behalf of All Those Similarly Situated,

    Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION;
SOUTHEASTERN CONFERENCE;
PAC-12 CONFERENCE;
THE BIG TEN CONFERENCE, INC.;
THE BIG TWELVE CONFERENCE, INC.; and
ATLANTIC COAST CONFERENCE,

    Defendants.

## ORDER

The Court has reviewed Defendants' Motion to Stay Proceedings Pending Decision by the Judicial Panel on Multidistrict Litigation, ECF No. 71, and the related briefings, ECF Nos. 80–83. The Court considers the following factors in determining whether a stay is appropriate: "(1) plaintiff's interests in proceeding expeditiously with the civil action and the potential prejudice to [the] plaintiff of a delay; (2) burden on the defendants; (3) convenience to the court; (4) interests of persons not parties to the civil litigation; and (5) public interest." *Est. of Simon by & through Simon v. Van Beek*, No. 121CV01923-CNS-

1

GPG, 2023 WL 1768548, at *2 (D. Colo. Jan. 3, 2023) (quoting *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 1:02-CV-01934-LTB-PA, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006) (internal quotations omitted)). Applying these factors here, the Court finds that a stay is warranted.

The *Carter* motion to transfer and consolidate before the JPML is now fully briefed, and the hearing for that motion is scheduled for March 28, 2024. *See* ECF No. 82. The Court expects the JPML to issue its decision in the next two months. Staying discovery "will promote the interests of judicial economy, efficiency, and consistency between courts," *Bunnell Bunnell v. Future Motion, Inc.*, No. 22-CV-01220-CNS-KAS, 2023 WL 7279354, at *3 (D. Colo. Nov. 3, 2023) (citations omitted), and any potential prejudice to Plaintiffs caused by the stay is outweighed by the risk of inconsistent judgments and the interest of judicial economy, *see Deutsche Bank Tr. Co. Americas v. Fushimi*, No. 11-CV-02472-REB-KMT, 2011 WL 5864987, at *3 (D. Colo. Nov. 22, 2011). Accordingly, Defendants' motion to stay, ECF No. 71, is GRANTED. This matter is stayed until the JPML rules on the *Carter* motion to transfer and consolidate. Should the JPML deny the *Carter* motion to transfer and consolidate, the parties shall jointly contact Magistrate Judge Scott T. Varholak's Chambers within five days of the ruling to reschedule the Scheduling Conference and associated deadlines.

DATED this day of 21st day of February 2024.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge

3