UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:23-cv-03076-CNS-STV

ALEX FONTENOT and
MYA HOLLINGSHED, Individually and on Behalf of All Those
Similarly Situated,

        Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION;
SOUTHEASTERN CONFERENCE;
PAC-12 CONFERENCE;
THE BIG TEN CONFERENCE, INC.;
THE BIG TWELVE CONFERENCE, INC.; and
ATLANTIC COAST CONFERENCE,

        Defendants.

## DEFENDANTS' STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants National Collegiate Athletic Association ("NCAA"), Southeastern Conference ("SEC"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), and Atlantic Coast Conference ("ACC") by and through their counsel of record, hereby submit this Stipulation for Extension of Time to Respond to the Class Action Complaint, *Fontenot v. National Collegiate Athletic Association et al*. ("Fontenot"), No. 23-cv-03076 (D. Colo. Nov. 11, 2023) [ECF No. 1] (the "Complaint"). In support of the Stipulation, Defendants state as follows:

## CERTIFICATE OF CONFERRAL

Pursuant to D.C.Colo.LCivR 7.1A, on April 16, 2024, undersigned counsel conferred with counsel for Plaintiffs by telephone conference and Plaintiffs stipulate to the revised deadline of May 2, 2024, for Defendants to respond to the Complaint.

## D.C.COLO.L.CIVR 6.1 CERTIFICATION

Pursuant to D.C.COLO.LCivR 6.1, counsel for Defendants are serving this Stipulation for Extension simultaneously on their clients.

On November 20, 2023, Plaintiff filed this putative class action lawsuit. [ECF No. 1]. On November 30, 2023, Defendants signed Waivers of Service of Summons were filed. [ECF Nos. 20-25]. Defendants' responsive pleadings to the Complaint were initially due on January 29, 2024. Fed. R. Civ. P. 12(a)(1)(A)(ii). On January 17, 2024, pursuant to D.C.COLO.LCivR 6.1, the parties stipulated to an extension of time until February 19, 2024, for Defendants' responsive pleadings. [ECF No. 67].

After the plaintiffs in a separate case, *Carter et al. v. National Collegiate Athletic Association et al.*, No. 3:23-cv-06325-RS (N.D. Cal. December 7, 2023) ("*Carter*"), filed a request to the Judicial Panel on Multidistrict Litigation (the "JPML") to transfer this case to the Northern District of California and consolidate it with *Carter*, on January 22, 2024, Defendants filed a motion to stay all proceedings pending a decision from the JPML on the *Carter* Plaintiffs' motion. [ECF No. 71] ("Motion to Stay").

On February 21, 2024, the Court granted Defendants' Motion to Stay, staying this matter until the JPML ruled on the *Carter* Plaintiffs' motion [ECF No. 84]. On April 11, 2024, the JPML denied the motion to transfer this action and consolidate it with the

*Carter* action in the Northern District of California. *See* Order Denying Transfer, *In re College Athlete Compensation Antitrust Litigation*, MDL No. 3105 (J.P.M.L. Apr. 11, 2024), ECF No. 58.

Pursuant to the Court's order on the Motion to Stay [ECF No. 84], following the JPML's Order Denying Transfer, Defendants' counsel conferred with Plaintiffs' counsel regarding case deadlines, and the parties agreed to extend the deadline for Defendants to respond to the Complaint up to and including May 2, 2024.

Defendants respectfully request that the Court recognize May 2, 2024, as the deadline for Defendants to respond to the Complaint.

Dated:  April 17, 2024.	Respectfully submitted,

                                              */s/ Kathryn A. Reilly*
Michael L. O'Donnell
Kathryn A. Reilly
Michael T. Williams
Michael R. Krantz
**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
Facsimile:  (303) 244-1879
Email:  odonnell@wtotrial.com
	reilly@wtotrial.com
	williams@wtotrial.com
	krantz@wtotrial.com

Robert W. Fuller, III
Lawrence C. Moore, III
Amanda P. Nitto
Travis S. Hinman
Patrick H. Hill
**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tyron Street, Suite 1900
Charlotte, NC 28246
Telephone:   (704) 377-2536
Facsimile:   (704) 378-4000
Email:  rfuller@robinsonbradshaw.com
	lmoore@robinsonbradshaw.com
	anitto@robinsonbradshaw.com
	thinman@robinsonbradshaw.com
	phill@robinsonbradshaw.com

*Attorneys for Defendant
Southeastern Conference*

4

/s/ Rakesh N. Kilaru
Rakesh N. Kilaru
Calanthe Arat
Tamarra Matthews Johnson
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
Email:  rkilaru@wilkinsonstekloff.com
          carat@wilkinsonstekloff.com
          tmatthewsjohnson@wilkinsonstekloff.com

*Attorneys for Defendant National Collegiate Athletic Association*

5

*/s/ Whitty Somvichian*
Whitty Somvichian
Kathleen R. Hartnett
Ashley Kemper Corkery
Gregory John Merchant
Mark Frederick Lambert
Rebecca Lynne Tarneja
Gregory John Merchant
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222
Email:  wsomvichian@cooley.com
           khartnett@cooley.com
           acorkery@cooley.com
           gmerchant@cooley.com
           mlambert@cooley.com
           rtarneja@cooley.com
           gmerchant@cooley.com

*Attorneys for Defendant*
*Pac-12 Conference*

6

/s/ Britt M. Miller
Britt M. Miller
Daniel T. Fenske
**MAYER BROWN, LLP**
71 South Wacker Dr
Chicago, IL 60606-4637
Telephone:  (312) 782-0600
Email:  bmiller@mayerbrown.com
           dfenske@mayerbrown.com

Richard B. Benenson
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
675 15th St., Suite 2900
Denver, CO 80202
Telephone: (303) 223-1100
Email:  rbenenson@bhfs.com

*Attorneys for Defendant The Big Ten Conference, Inc.*

*/s/ Natali Wyson*
Angela C. Zambrano
Natali Wyson
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone:  (214) 969-3529
Facsimile:  (214) 969-3558
Email:  angela.zambrano@sidley.com
            nwyson@sidley.com

Douglas B. Tumminello
Abby Caroline Harder
**LEWIS ROCA ROTHERGERBER CHRISTIE LLP**
1601 19th Street, Suite 1000
Denver, CO 80202
Telephone:  (303) 628-9575
Facsimile:  (303) 623-9222
Email:  dtumminello@lewisroca.com
            aharder@lewisroca.com

*Attorneys for Defendant*
*The Big 12 Conference, Inc.*

/s/ Christopher S. Yates
Christopher S. Yates
Aaron T. Chiu
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email: chris.yates@lw.com
          aaron.chiu@lw.com

Anna M. Rathbun
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:  (202) 637-1061
Facsimile:  (202) 637-2201
Email: anna.rathbun@lw.com

Cliff Stricklin
Jared Michael Lax
**KING & SPALDING LLP**
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone:  (720) 535-2327
Email: cstricklin@kslaw.com
          jlax@kslaw.com

*Attorneys for Defendant*
*The Atlantic Coast Conference*

9

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2024, I electronically filed the foregoing **Defendants' Stipulation for Extension of Time to Respond to Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Claudia L. Jones*