IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 23-cv-03076-CNS-STV | Date: May 23, 2024 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| ALEX FONTENOT<br>MYA HOLLINGSHED<br><br>**Plaintiff** | *Garrett Broshuis*<br>*Sean Gimsley*<br>*Eric Olson*<br>*George Zelcs* |
| v. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | *Calanthe Arat* |
| SOUTHEASTERN CONFERENCE | *Robert Fuller via VTC*<br>*Michael Krantz*<br>*Kathryn Reilly* |
| PAC-12 CONFERENCE | *Mark Lambert via VTC*<br>*Whitty Somvichian via VTC* |
| THE BIG TEN CONFERENCE, INC. | *Richard Benenson*<br>*Britt Miller* |
| THE BIG TWELVE CONFERENCE, INC. | *Douglas Tumminello*<br>*Natali Wyson* |
| ATLANTIC COAST CONFERENCE | *Anna Rathbun* |
| **Defendants** | |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  8:39 a.m.

Appearance of counsel. Also present is Plaintiff Alex Fontenot.

Argument as to [90] Defendants' Motion to Transfer Under 28 U.S.C. § 1404(a) given by Ms. Reilly, Ms. Wyson, and Mr. Olson with questions from the Court.

As outlined on the record, it is

**ORDERED:   [90] Defendants' Motion to Transfer Under 28 U.S.C. § 1404(a) is DENIED.**

Court in Recess:  9:49 a.m.            Hearing concluded.            Total time in Court:  01:10