UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:23-cv-03076-CNS-STV

ALEX FONTENOT
MYA HOLLINGSHED,
SARAH FULLER,
DEONTAY ANDERSON, and
TUCKER CLARK, Individually and on Behalf of All Those
Similarly Situated,

       Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION;
SOUTHEASTERN CONFERENCE;
PAC-12 CONFERENCE;
THE BIG TEN CONFERENCE, INC.;
THE BIG TWELVE CONFERENCE, INC.; and
ATLANTIC COAST CONFERENCE,

       Defendants.

## PARTIES' JOINT STATUS REPORT AND MOTION TO ENTER STIPULATION

Plaintiffs and Defendants National Collegiate Athletic Association ("NCAA"), Southeastern Conference ("SEC"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), and Atlantic Coast Conference ("ACC") (collectively, the "Parties") respectfully submit this Joint Status Report and Motion to Enter Stipulation.

On October 7, 2024, the U.S. District Court in the Northern District of California granted a motion for preliminary settlement approval in the *In re College Athlete NIL Litigation* action. *See* Order Granting Plaintiffs' Motion for Preliminary Settlement

Approval as Modified, *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal. Oct. 7, 2024), ECF No. 544 (the "*House* Preliminary Approval Order"). A hearing on final settlement approval has been set for April 7, 2025. On October 11, 2024, the Parties submitted a Joint Motion to Enter Stipulation on Case Status (ECF No. 141), which notified the Court that (1) the Parties were in the process of conferring regarding the effects of the *House* Preliminary Approval Order on this action and (2) the Parties would update the Court as to any agreement reached by the Parties by no later than October 21, 2024.

As reported in the Parties' Joint Motion to Enter Stipulation on Case Status, the Parties have continued to confer and have reached agreement on certain case management issues. The Parties hereby provide the following update, and respectfully request that the Court enter as an order the attached stipulation, which sets forth the Parties' agreement as follows:

(1) This action shall be stayed up to and including the date on which the U.S. District Court in the Northern District of California issues a ruling on the final approval of the *House* settlement.

(2) Defendants will not object to Plaintiffs' amendment of the operative complaint to join additional plaintiffs who opt out of the *House* settlement, if any, based on either venue or the timeliness of any such joinder or amendment of the pleadings under the scheduling order in this action.[1] Any such amendment to

---

[1] Under the Scheduling Order, the deadline for joinder of parties and amendment of the pleadings was July 23, 2024. *See* ECF No. 106.

join additional opt-out plaintiffs shall be, for any statute of limitations or repose period, deemed filed on the opt-out deadline so long as an amended complaint is filed two weeks prior to the date of the hearing for final settlement approval. Defendants otherwise reserve all rights to oppose any request by Plaintiffs to amend the operative complaint and all rights and defenses against new opt-out plaintiffs, if any, or any claims they may assert. Likewise, Plaintiffs reserve all rights to seek to add additional plaintiffs who may not be covered by the *House* settlement, and Defendants reserve all rights to oppose any such joinder or amendment of the pleadings, including based on venue and/or timeliness under the scheduling order.

(3) If the U.S. District Court in the Northern District of California grants final approval of the *House* settlement, Defendants will not seek to stay this action based on any appeals of that final approval order.

(4) Plaintiffs' claims for injunctive relief will be stayed as follows:

    (a) If the U.S. District Court in the Northern District of California grants final approval of the *House* settlement with substantially the same current proposed injunctive relief, Plaintiffs' injunctive relief claims will remain stayed unless the final approval is reversed on appeal;

    (b) If the *House* settlement approval is ultimately upheld following the conclusion of appeals with substantially the same current proposed injunctive relief, Plaintiffs will dismiss their injunctive relief claims; and

      (c) If the U.S. District Court in the Northern District of California denies final approval of the *House* settlement or changes the injunctive relief so that it is not substantially the same current proposed injunctive relief, the stay of Plaintiffs' injunctive relief claims will be lifted, with the Parties reserving all rights to litigate whether, where, and how Plaintiffs' injunctive relief claims should proceed.

The Parties respectfully request that the Court enter the proposed order setting forth the Parties' agreement.

Case No. 1:23-cv-03076-CNS-STV   Document 144   filed 10/21/24   USDC Colorado
pg 4 of 9

Dated: October 21, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Kathryn A. Reilly* | |
| Kathryn A. Reilly | Eric Olson |
| Michael R. Krantz | Sean Grimsley |
| Michael L. O'Donnell | Jason Murray |
| Michael T. Williams | Abigail Hinchcliff |
| **WHEELER TRIGG O'DONNELL LLP** | Samara Hoose |
| 370 Seventeenth Street, Suite 4500 | **OLSON GRIMSLEY KAWANABE HINCHCLIFF &** |
| Denver, CO 80202 | **MURRAY LLC** |
| Telephone: (303) 244-1800 | 700 17th Street, Suite 1600 |
| Facsimile: (303) 244-1879 | Denver, CO 80202 |
| Email: reilly@wtotrial.com | Telephone: (303) 535-9151 |
| krantz@wtotrial.com | Email: eolson@olsongrimsley.com |
| odonnell@wtotrial.com | sgrimsley@olsongrimsley.com |
| williams@wtotrial.com | jmurray@olsongrimsley.com |
| | ahinchcliff@olsongrimsley.com |
| | shoose@olsongrimsley.com |
| | |
| | */s/ Garrett R. Broshuis* |
| Robert W. Fuller, III | Stephen M. Tillery |
| Lawrence C. Moore, III | Garrett R. Broshuis |
| Amanda P. Nitto | Carol O'Keefe |
| Travis S. Hinman | Steven M. Berezney |
| Patrick H. Hill | **KOREIN TILLERY, LLC** |
| **ROBINSON, BRADSHAW & HINSON, P.A.** | 505 North 7th Street, Suite 3600 St. Louis, |
| 101 North Tyron Street, Suite 1900 | MO 63101 |
| Charlotte, NC 28246 | Telephone: (314) 241-4844 |
| Telephone: (704) 377-2536 | Facsimile: (314) 241-3525 |
| Facsimile: (704) 378-4000 | Email: stillery@koreintillery.com |
| Email: rfuller@robinsonbradshaw.com | gbroshuis@koreintillery.com |
| lmoore@robinsonbradshaw.com | cokeefe@koreintillery.com |
| anitto@robinsonbradshaw.com | sberezney@koreinteillery.com |
| thinman@robinsonbradshaw.com | |
| phill@robinsonbradshaw.com | |

*Attorneys for Defendant
Southeastern Conference*

5

/s/ Calanthe Arat
Rakesh N. Kilaru
Calanthe Arat
Tamarra Matthews Johnson
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
Email: rkilaru@wilkinsonstekloff.com
  carat@wilkinsonstekloff.com
  tmatthewsjohnson@wilkinsonstekloff.com

*Attorneys for Defendant National Collegiate Athletic Association*

/s/ Whitty Somvichian
Whitty Somvichian
Kathleen R. Hartnett
Ashley Kemper Corkery
Gregory John Merchant
Mark Frederick Lambert
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com
  khartnett@cooley.com
  acorkery@cooley.com
  gmerchant@cooley.com
  mlambert@cooley.com

*Attorneys for Defendant Pac-12 Conference*

George A. Zelcs
Marc A. Wallenstein
Pamela Yaacoub
**KOREIN TILLERY, LLC**
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Email: gzelcs@koreintillery.com
  mwallenstein@koreintillery.com
  pyaacoub@koreintillery.com

Christopher M. Burke
**KOREIN TILLERY, LLC**
707 Broadway, Suite 1410 San
Diego, CA 92101
Telephone: (619) 625-5620
Email: cburke@koreintillery.com

*Attorneys for Plaintiffs*

6

*/s/ Britt Miller*
Britt M. Miller
Daniel T. Fenske
**MAYER BROWN, LLP**
71 South Wacker Dr
Chicago, IL 60606-4637
Telephone:  (312) 782-0600
Email:  bmiller@mayerbrown.com
         dfenske@mayerbrown.com

Richard B. Benenson
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
675 15th St., Suite 2900
Denver, CO 80202
Telephone: (303) 223-1100
Email:  rbenenson@bhfs.com

*Attorneys for Defendant The Big Ten Conference, Inc.*

*/s/ Natali Wyson*
Angela C. Zambrano
Natali Wyson
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone:  (214) 969-3529
Facsimile:  (214) 969-3558
Email:  angela.zambrano@sidley.com
         nwyson@sidley.com

Douglas B. Tumminello
Abby Caroline Harder
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
1601 19th Street, Suite 1000
Denver, CO 80202
Telephone:  (303) 628-9575
Facsimile:  (303) 623-9222
Email:  dtumminello@lewisroca.com
         aharder@lewisroca.com

*Attorneys for Defendant
The Big 12 Conference, Inc.*

7

*/s/ Anna M. Rathbun*
Christopher S. Yates
Aaron T. Chiu
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: chris.yates@lw.com
 aaron.chiu@lw.com

Anna M. Rathbun
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1061
Facsimile: (202) 637-2201
Email: anna.rathbun@lw.com

Cliff Stricklin
Jared Michael Lax
**KING & SPALDING LLP**
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2327
Email: cstricklin@kslaw.com
 jlax@kslaw.com

*Attorneys for Defendant*
*The Atlantic Coast Conference*

8

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 21, 2024, I electronically filed the foregoing **PARTIES' JOINT STATUS REPORT AND MOTION TO ENTER STIPULATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Claudia L. Jones*