UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:23-cv-03076-CNS-STV

ALEX FONTENOT
MYA HOLLINGSHED,
SARAH FULLER,
DEONTAY ANDERSON, and
TUCKER CLARK, Individually and on Behalf of All Those
Similarly Situated,

        Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION;
SOUTHEASTERN CONFERENCE;
PAC-12 CONFERENCE;
THE BIG TEN CONFERENCE, INC.;
THE BIG TWELVE CONFERENCE, INC.; and
ATLANTIC COAST CONFERENCE,

        Defendants.

## [PROPOSED] ORDER ENTERING THE PARTIES' STIPULATION ON CASE STATUS

This matter comes before the Court on the Parties' Joint Status Report and Motion to Enter Stipulation (the "Joint Motion"). Finding good cause to support the Parties' request, the Court ORDERS that the Joint Motion is GRANTED. The Parties' Stipulation is hereby entered as follows:

(1) This action shall be stayed up to and including the date on which the U.S. District Court in the Northern District of California issues a ruling on the final approval of the House settlement.

(2) Defendants will not object to Plaintiffs' amendment of the operative complaint to join additional plaintiffs who opt out of the House settlement, if any, based on either venue or the timeliness of any such joinder or amendment of the pleadings under the scheduling order in this action.  Any such amendment to join additional opt-out plaintiffs shall be, for any statute of limitations or repose period, deemed filed on the opt-out deadline so long as an amended complaint is filed two weeks prior to the date of the hearing for final settlement approval. Defendants otherwise reserve all rights to oppose any request by Plaintiffs to amend the operative complaint and all rights and defenses against new opt-out plaintiffs, if any, or any claims they may assert. Likewise, Plaintiffs reserve all rights to seek to add additional plaintiffs who may not be covered by the House settlement, and Defendants reserve all rights to oppose any such joinder or amendment of the pleadings, including based on venue and/or timeliness under the scheduling order.

(3) If the U.S. District Court in the Northern District of California grants final approval of the House settlement, Defendants will not seek to stay this action based on any appeals of that final approval order.

(4) Plaintiffs' claims for injunctive relief will be stayed as follows:

>   (a) If the U.S. District Court in the Northern District of California grants final approval of the House settlement with substantially the same current

2

proposed injunctive relief, Plaintiffs' injunctive relief claims will remain stayed unless the final approval is reversed on appeal;

(b) If the House settlement approval is ultimately upheld following the conclusion of appeals with substantially the same current proposed injunctive relief, Plaintiffs will dismiss their injunctive relief claims; and

(c) If the U.S. District Court in the Northern District of California denies final approval of the House settlement or changes the injunctive relief so that it is not substantially the same current proposed injunctive relief, the stay of Plaintiffs' injunctive relief claims will be lifted, with the Parties reserving all rights to litigate whether, where, and how Plaintiffs' injunctive relief claims should proceed.

Dated: _____   BY THE COURT:

_____
United States District Judge