UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:23-cv-03076-CNS-STV

ALEX FONTENOT, et al.,

    Plaintiffs,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION;
SOUTHEASTERN CONFERENCE;
PAC-12 CONFERENCE;
THE BIG TEN CONFERENCE, INC.;
THE BIG TWELVE CONFERENCE, INC.; and
ATLANTIC COAST CONFERENCE,

    Defendants.

## PARTIES' JOINT STATUS REPORT AND MOTION TO ENTER STIPULATION

Plaintiffs and Defendants National Collegiate Athletic Association ("NCAA"), Southeastern Conference ("SEC"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), and Atlantic Coast Conference ("ACC") (collectively, the "Parties") respectfully submit this Joint Status Report and Motion to Enter Stipulation.

On October 23, 2024, the Court entered an order reflecting the Parties' joint stipulation that stayed this action up to and including the date on which the U.S. District Court in the Northern District of California issued a ruling on the plaintiffs' motion for final settlement approval in the *In re College Athlete NIL Litigation* action. (ECF No. 146).

On June 6, 2025, the U.S. District Court for the Northern District of California granted the plaintiffs' motion for final settlement approval. *See* Order Granting Plaintiffs' Motion for Final Settlement Approval as Modified, *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919-CW (N.D. Cal. June 6, 2024), ECF No. 979 (the "*House* Final Approval Order").

In light of the *House* Final Approval Order, the Parties hereby provide the following update, and respectfully request that the Court enter as an order the attached stipulation, which sets forth the Parties' agreement as follows:

(1) As of June 6, 2025, the stay of this action is lifted.

(2) The *House* Final Approval Order included an approval of an injunctive relief settlement class. Thus, the parties agree that Plaintiffs' injunctive relief claims will remain stayed unless the final approval is reversed on appeal.

(3) Even though they were not included in the final opt-out list for the *House* settlement, the Parties agree that Plaintiffs Malik Moore, Brady Christensen, and Marcel Dancy will be treated as if they were included on the final opt-out list.

(4) By July 16, 2025, the Parties shall submit to the Court a proposed amended scheduling order to amend the current Scheduling Order (ECF No. 106), in light of changes to the scope of the case that have occurred since the prior scheduling order was entered in the case.

The Parties respectfully request that the Court enter the proposed order setting forth the Parties' agreement.

Dated: June 17, 2024.

Respectfully submitted,

/s/ Kathryn A. Reilly
Kathryn A. Reilly
Michael R. Krantz
Michael L. O'Donnell
Michael T. Williams
**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
Facsimile:  (303) 244-1879
Email:  reilly@wtotrial.com
        krantz@wtotrial.com
        odonnell@wtotrial.com
        williams@wtotrial.com

Eric Olson
Sean Grimsley
Jason Murray
Abigail Hinchcliff
Samara Hoose
**OLSON GRIMSLEY KAWANABE HINCHCLIFF & MURRAY LLC**
700 17th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 535-9151
Email: eolson@olsongrimsley.com
       sgrimsley@olsongrimsley.com
       jmurray@olsongrimsley.com
       ahinchcliff@olsongrimsley.com
       shoose@olsongrimsley.com

Robert W. Fuller, III
Lawrence C. Moore, III
Amanda P. Nitto
Travis S. Hinman
Patrick H. Hill
**ROBINSON, BRADSHAW & HINSON, P.A.**
600 South Tyron Street, Suite 2300
Charlotte, NC 28202
Telephone:   (704) 377-2536
Facsimile:   (704) 378-4000
Email:  rfuller@robinsonbradshaw.com
        lmoore@robinsonbradshaw.com
        anitto@robinsonbradshaw.com
        thinman@robinsonbradshaw.com
        phill@robinsonbradshaw.com

/s/ Garrett Broshuis
Stephen M. Tillery
Garrett R. Broshuis
Carol O'Keefe
Steven M. Berezney
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone:  (314) 241-4844
Facsimile: (314) 241-3525
Email: stillery@koreintillery.com
       gbroshuis@koreintillery.com
       cokeefe@koreintillery.com
       sberezney@koreinteillery.com

*Attorneys for Defendant*
*Southeastern Conference*

3

*/s/ Calanthe Arat*
Rakesh N. Kilaru
Calanthe Arat
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005
Email:  rkilaru@wilkinsonstekloff.com
           carat@wilkinsonstekloff.com

*Attorneys for Defendant National Collegiate Athletic Association*

*/s/ Ashley Kemper Corkery*
Whitty Somvichian
Kathleen R. Hartnett
Ashley Kemper Corkery
Gregory John Merchant
Mark Frederick Lambert
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222
 Email:  wsomvichian@cooley.com
           khartnett@cooley.com
           acorkery@cooley.com
           gmerchant@cooley.com
           mlambert@cooley.com

*Attorneys for Defendant
Pac-12 Conference*

George A. Zelcs
Marc A. Wallenstein
Pamela Yaacoub
**KOREIN TILLERY, LLC**
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Email: gzelcs@koreintillery.com
           mwallenstein@koreintillery.com
           pyaacoub@koreintillery.com

*Attorneys for Plaintiffs*

4

/s/ Britt M. Miller
Britt M. Miller
Daniel T. Fenske
**MAYER BROWN, LLP**
71 South Wacker Dr
Chicago, IL 60606-4637
Telephone:  (312) 782-0600
Email:  bmiller@mayerbrown.com
          dfenske@mayerbrown.com

Richard B. Benenson
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
675 15th St., Suite 2900
Denver, CO 80202
Telephone: (303) 223-1100
Email:  rbenenson@bhfs.com

*Attorneys for Defendant The Big Ten Conference, Inc.*

/s/ Natali Wyson
Angela C. Zambrano
Natali Wyson
**SIDLEY AUSTIN LLP**
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone:  (214) 969-3529
Facsimile:  (214) 969-3558
Email:  angela.zambrano@sidley.com
          nwyson@sidley.com

Douglas B. Tumminello
Abby C. Harder
**WOMBLE BOND DICKINSON (US) LLP**
1601 19th Street, Suite 1000
Denver, CO 80202
Telephone:  (303) 623-9000
Facsimile:  (303) 623-9222
Email:  doug.tumminello@wbd-us.com
          abby.harder@wbd-us.com

*Attorneys for Defendant The Big 12 Conference, Inc.*

*/s/ Anna Rathbun*
Christopher S. Yates
Aaron T. Chiu
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email: chris.yates@lw.com
          aaron.chiu@lw.com

Anna M. Rathbun
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:  (202) 637-3381
Facsimile:  (202) 637-2201
Email: anna.rathbun@lw.com

Cliff Stricklin
Jared Michael Lax
**KING & SPALDING LLP**
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone:  (720) 535-2327
Email: cstricklin@kslaw.com
          jlax@kslaw.com

*Attorneys for Defendant*
*The Atlantic Coast Conference*

6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2024, I electronically filed the foregoing **PARTIES' JOINT STATUS REPORT AND MOTION TO ENTER STIPULATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Claudia L. Jones*