UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:23-cv-03076-CNS-STV

ALEX FONTENOT
MYA HOLLINGSHED,
SARAH FULLER,
DEONTAY ANDERSON, and
TUCKER CLARK, Individually and on Behalf of All Those
Similarly Situated,

       Plaintiff,

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION;
SOUTHEASTERN CONFERENCE;
PAC-12 CONFERENCE;
THE BIG TEN CONFERENCE, INC.;
THE BIG TWELVE CONFERENCE, INC.; and
ATLANTIC COAST CONFERENCE,

       Defendants.

## [PROPOSED] ORDER ENTERING THE PARTIES' STIPULATION ON CASE STATUS

This matter comes before the Court on the Parties' Joint Status Report and Motion to Enter Stipulation (the "Joint Motion"). Finding good cause to support the Parties' request, the Court ORDERS that the Joint Motion is GRANTED. The Parties' Stipulation is hereby entered as follows:

(1) As of June 6, 2025, the stay of this action is lifted.

(2) The *House* Final Approval Order included an approval of an injunctive relief settlement class. Thus, the parties agree that Plaintiffs' injunctive relief claims will remain stayed unless the final approval is reversed on appeal.

(3) Even though they were not included in the final opt-out list for the *House* settlement, the Parties agree that Plaintiffs Malik Moore, Brady Christensen, and Marcel Dancy will be treated as if they were included on the final opt-out list.

(4) By July 16, 2025, the Parties shall submit to the Court a proposed amended scheduling order to amend the current Scheduling Order (ECF No. 106), in light of changes to the scope of the case that have occurred since the prior scheduling order was entered in the case.

Dated: _____          BY THE COURT:


                                _____
                                United States District Judge