UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| ALEX FONTENOT et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; SOUTHEASTERN CONFERENCE; PAC-12 CONFERENCE; THE BIG TEN CONFERENCE, INC.; THE BIG TWELVE CONFERENCE, INC.; and ATLANTIC COAST CONFERENCE;<br><br>    Defendants. | CASE NO. 1:23-cv-03076-CNS-STV<br><br>**PARTIES' JOINT STATUS REPORT REPORTING SELECTION OF PLAINTIFFS FOR THE INITIAL PLAINTIFF GROUP** |

Plaintiffs and Defendants National Collegiate Athletic Association ("NCAA"), Southeastern Conference ("SEC"), Pac-12 Conference ("Pac-12"), The Big Ten Conference, Inc. ("Big Ten"), The Big 12 Conference, Inc. ("Big 12"), and Atlantic Coast Conference ("ACC") (collectively, the "Parties") respectfully submit this Joint Status Report about the Selection of Plaintiffs for the Initial Plaintiff Group.

Following the Amended Scheduling Order (ECF No. 192), the Parties have selected the following forty-five plaintiffs for the Initial Plaintiff Group:

- Amber Melgoza
- Anthony Gould
- Brittany Brewer
- Bryce Love
- Cameron Echols-Luper
- Cameron Krutwig
- Cassius Stanley
- Charleston Rambo
- Chase Strumpf
- Colton Prater

- Davion Ervin-Poindexter
- Deontay Anderson
- Drew Lock
- Hannah Crofut
- Hasahn French
- Hayden Hurst
- Hayden Livingston
- Hunter Barco
- Hunter Dickinson
- Jacob Huff
- Jacob Thomas-Michael Cox
- Jake Oldroyd
- Jared Hocker
- Jawon Johnson
- Jayden Curry
- Jaydon Grant
- Justin Ragin
- Khalil Johnson
- Khalil Tate
- Lamont Evans IV
- Madelynne Scherr
- Malik Hausman
- Marcel Dancy
- Marcus Wallace
- Nakobe Dean
- Payton Wilgar
- Rashad Williams
- Romar Reid
- Sarah Fuller
- Shaquem Griffin
- Spencer Jones
- Spencer Macke
- Stephan Blaylock
- Timmy Hernandez
- Tyree DeSean St. Louis

DATED: January 30, 2026

| | |
|---|---|
| /s/_____<br>Kathryn A. Reilly<br>Michael R. Krantz<br>Michael L. O'Donnell<br>Michael T. Williams<br>**WHEELER TRIGG O'DONNELL LLP**<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202<br>Telephone: (303) 244-1800<br>Facsimile:  (303) 244-1879<br>Email:  reilly@wtotrial.com<br>            krantz@wtotrial.com<br>            odonnell@wtotrial.com<br>             williams@wtotrial.com<br><br>Robert W. Fuller, III<br>Lawrence C. Moore, III<br>Amanda P. Nitto<br>Travis S. Hinman<br>Patrick H. Hill<br>**ROBINSON, BRADSHAW & HINSON, P.A.**<br>600 North Tyron Street, Suite 2300<br>Charlotte, NC 28202<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>Email:  rfuller@robinsonbradshaw.com<br>            lmoore@robinsonbradshaw.com<br>            anitto@robinsonbradshaw.com<br>            thinman@robinsonbradshaw.com<br>            phill@robinsonbradshaw.com<br><br>*Attorneys for Defendant*<br>*Southeastern Conference* | /s/ Eric R. Olson_____<br>Stephen M. Tillery<br>Garrett R. Broshuis<br>Carol O'Keefe<br>Steven M. Berezney<br>Marc A. Wallenstein<br>Andrew Ellis<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone:   (314) 241-4844<br>Facsimile: (314) 241-3525<br>Email: stillery@koreintillery.com<br>           gbroshuis@koreintillery.com<br>           cokeefe@koreintillery.com<br>           sberezney@koreintillery.com<br>           mwallenstein@koreintillery.com<br>           aellis@koreintillery.com<br><br>George A. Zelcs<br>Pamela I. Yaacoub<br>**KOREIN TILLERY, LLC**<br>205 N. Michigan Ave., Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Email: gzelcs@koreintillery.com<br>           pyaacoub @koreintillery.com |

/s/
Rakesh N. Kilaru
Calanthe Arat
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
Email:  rkilaru@wilkinsonstekloff.com
         carat@wilkinsonstekloff.com

Timothy R. Beyer
**BRYAN CAVE LEIGHTON PAISNER LLP**
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
Telephone: (303) 861-7000
Email:  tim.beyer@bclplaw.com

Sarah L. Hartley
**BRYAN CAVE LEIGHTON PAISNER LLP**
1155 F Street NW
Washington, DC 20004
Telephone: (303) 866-0363
Email:  sarah.hartley@bclplaw.com

*Attorneys for Defendant
National Collegiate Athletic Association*

/s/
Whitty Somvichian
Kathleen R. Hartnett
Ashley Kemper Corkery
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email:  wsomvichian@cooley.com
         khartnett@cooley.com
         acorkery@cooley.com

Eric Olson
Sean Grimsley
Bianca E. Miyata
Noah Nix
**OLSON GRIMSLEY KAWANABE HINCHCLIFF
& MURRAY LLC**
700 17th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 535-9151
Email: eolson@olsongrimsley.com
        sgrimsley@olsongrimsley.com
        bmiyata@olsongrimsley.com
        nnix@olsongrimsley.com

*Attorneys for All Plaintiffs*

R. Christian Macke
10 W. 4th Street
New port, KY 41071
Telephone: (859) 261-0012
Email:  chrismacke@fuse.net

Robert R. Sparks
**STRAUSS TROY CO, LPA**
150 East Fourth Street
Cincinnati, OH 45202
Telephone (513) 621-2120
Email:  rrsparks@strausstroy.com

*Attorneys for Plaintiffs identified in
paragraphs 282 and 285 through 320 of
the Fourth Amended Complaint*

Gregory John Merchant
Mark Frederick Lambert
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Email:  gmerchant@cooley.com
           mlambert@cooley.com

*Attorneys for Defendant*
*Pac-12 Conference*


/s/_____
Britt M. Miller
Daniel T. Fenske
**MAYER BROWN, LLP**
71 South Wacker Dr.
Chicago, IL 60606-4637
Telephone: (312) 782-0600
Email:  bmiller@mayerbrown.com
           dfenske@mayerbrown.com

Richard B. Benenson
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
675 15th Street, Suite 2900
Denver, CO 80202
Telephone: (303) 223-1100
Email:  rbenenson@bhfs.com

*Attorneys for Defendant*
*The Big Ten Conference, Inc.*

John Arthur Eaves, Jr.
Christopher Brady Eaves
Sterling Overton Eaves
**EAVES LAW FIRM, LLC**
101 North State Street
Jackson, MS 39201
Telephone: (601) 355-7961
Facsimile: (601) 355-0530
Email:  johnjr@eaveslawmail.com
           brady@eaveslawmail.com
           sterling@eaveslawmail.com

*Attorneys for Plaintiffs identified in paragraphs 214 through 281 and 283 through 284 of the Fourth Amended Complaint*

/s/_____
Angela C. Zambrano
Natali Wyson
Chelsea A. Priest
Penny P. Reid
**SIDLEY AUSTIN LLP**
2021 McKinney Ave., Suite 2000
Dallas, TX 75201
Telephone: (214) 969-3529
Facsimile: (214) 969-3558
Email:  angela.zambrano@sidley.com
         nwyson@sidley.com
         cpriest@sidley.com
         preid@sidley.com

Douglas B. Tumminello
Abby Caroline Harder
**WOMBLE BOND DICKINSON (US) LLP**
1601 19th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 628-9000
Facsimile: (303) 623-9222
Email:  doug.tumminello@wbd-us.com
         abby.harder@wbd-us.com

*Attorneys for Defendant*
*The Big Twelve Conference, Inc.*


/s/_____
Christopher S. Yates
Aaron T. Chiu
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: chris.yates@lw.com
         aaron.chiu@lw.com

Anna M. Rathbun
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-1061
Facsimile: (202) 637-2201
Email: anna.rathbun@lw.com

Cliff Stricklin
Jared Michael Lax
**KING & SPALDING LLP**
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2327
Email: cstricklin@kslaw.com
         jlax@kslaw.com

*Attorneys for Defendant*
*The Atlantic Coast Conference*

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

                                     /s/ *Eric R. Olson*
                                       Eric R. Olson